# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHA KICHLINE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMM'R OF SOC. SEC., | : | No. 20-2151 |
|     Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on June 8, 2021, upon consideration of Plaintiff Tasha Kichline's Brief in Support of her Request for Review, the Commissioner's Response, and Plaintiff's Reply, it is ORDERED:

1. Plaintiff's Request for Review (doc. 16) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                                         BY THE COURT:

                                                             /s/ *Timothy R. Rice*
                                                             TIMOTHY R. RICE
                                                             U.S. MAGISTRATE JUDGE